UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMIKO CONWAY,

        Plaintiff,

Case No.  22-cv-11065
Honorable Paul D. Borman

v.

GC SERVICES LIMITED
PARTNERSHIP,

        Defendant.
_____/

## ORDER OF DISMISSAL

On July 18, 2022, a Stipulation of Dismissal with prejudice was entered in this case with each party to bear its own attorneys' fees and costs. (ECF No.12) Accordingly, it is **ORDERED** that the above matter is **DISMISSED** with prejudice with each party to bear its own attorneys' fees and costs.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 19, 2022